**JOEL D. LEIDNER**
*Attorney at Law*
CA Bar No.: 52559
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   joel.leidner@igc.org

Attorney for Plaintiff
ELIODORO VALENCIA,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIODORO VALENCIA, ) | No.  CV 06-04362 JCR |
| Plaintiff, ) | ORDER EXTENDING THE BRIEFING SCHEDULE |
| v. ) | |
| MICHEL J. ASTRUE, ) COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, and for cause shown, **IT IS ORDERED** that Plaintiff shall have an extension of time, to and including May 21, 2007, to submit to Defendant the joint stipulation with Plaintiff's reply arguments incorporated. Defendant shall file the joint stipulation by May 24, 2007. **Absent a showing of good cause, no further extensions will be granted.**

DATED: April 10, 2007

_____
THE HONORABLE JOHN CHARLES RAYBURN JR.
UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28