JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIODORO VALENCIA,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,[1］ Commissioner of the Social Security Administration,<br><br>            Defendant. | Case No. CV 06-4362-CAS (JCR)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the matter is remanded to the Commissioner of the Social Security Administration for further administrative action.

DATED: 4/28/08

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d).