**JOEL D. LEIDNER**
*Attorney at Law*
LEIDNER & LEIDNER, A.P.C.
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Bar# 52559
Telephone: (323) 664-5670
Fax: (323) 662-0840

Attorney for Plaintiff
Eliodoro Valencia

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA CSBN: 187176
Assistant United States Attorney
    Room 7516 Federal Building
    300 N. Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6117
    Facsimile:  (213) 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIODOR VALENCIA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | NO. CV 06-4362 CAS (JCR)<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920 AND 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

assignee, shall be awarded attorney fees under EAJA in the amount of four thousand five hundred dollars and no cents ($4,500.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 7/7/08

_____
JOHN C. RAYBURN, JR.
United States Magistrate Judge